IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BENJAMIN KNIGHTON,                )
                                  )
            Plaintiff,            )
                                  )   No. 6:12-cv-00379-TC
     v.                           )
                                  )   ORDER
KEMPER SPORTS MANAGEMENT, INC.,   )
                                  )
            Defendant.            )
_____)

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on September 25, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1       - ORDER

Plaintiff has filed objections. I have given de novo review of Magistrate Judge Coffin's ruling. I find no error. Accordingly, I adopt Magistrate Judge Coffin's Findings and Recommendation filed September 25, 2012, in its entirety. Defendant's motion to dismiss (#8) is granted as to plaintiff's federal and state failure to promote claims and denied with respect to plaintiffs wrongful termination claims.

## CONCLUSION

I adopt Magistrate Judge Coffin's Findings and Recommendation(#26) filed September 25, 2012.

DATED this **30th** day of **Oct.**, 2012.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER